NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued February 6, 2007
Decided December 26, 2007

**Before**

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

Nos. 04-1594 & 04-1999

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     *Plaintiff-Appellee,*<br><br>    v.<br><br>DARRYL L. WILSON and SAMMY<br>ARMSTEAD,<br>     *Defendants-Appellants.* | Appeals from the United States<br>District Court for the Northern<br>District of Illinois, Eastern Division.<br><br>No. 02 CR 895<br><br>Rebecca R. Pallmeyer,<br>*Judge.* |

**O R D E R**

On March 16, 2007, we ordered a limited remand of Darryl Wilson's and Sammy Armstead's cases under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005). *See* 481 F.3d 475. The district court has indicated that it would be inclined to resentence Wilson now that it knows the Sentencing Guidelines are advisory rather than mandatory. We therefore VACATE Wilson's sentence and REMAND for a new sentencing hearing. As to Armstead, we will await word from the district court whether it would be similarly inclined to resentence him.